UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,

        Plaintiffs,

v.

G. T. STONEWORKS, INC.,

        Defendant.

Civil Action No. 05-2129
Judge: Reggie B. Walton

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

2. On November 30, 2005, service of the Summons and Complaint in this action was made upon G. T. Stoneworks, Inc., by delivering said documents at 633 Otono Drive, Boulder City, Nevada 89005 to Gary Wayne Taber, resident agent, authorized to accept service on behalf of G. T. Stoneworks, Inc.

3. Proof of such service is provided by the declaration of process server, Tina M. Britt, attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2005

Claudette M. Elmes