**EXHIBIT 1**

## In The Superior Court For The District Of Columbia Civil Division

John Flynn, et al.,
        PLAINTIFF(S)

vs.

G.T. Stoneworks Inc.,
        DEFENDANT(S)

CASE NO: 1:05CV02129

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA
COUNTY OF CLARK

Tina M. Britt, being first duly sworn, deposes and says: That affiant is, and was a citizen of the United States, over 18 years of age, and not a party to, nor interested in the proceeding in which this affidavit is made. That affiant received copies of the Summons and Complaint, on November 9, 2005 and served the same on November 30, 2005 at 11:09 AM, in the following manner:

By serving G.T. Stoneworks Inc personally, by delivering and leaving a copy with Gary Wayne Taber as Resident Agent, an agent lawfully designated by statute to accept service of process;

Said service was effected at: 633 Otono Drive, Boulder City, NV 89005.

Tina M. Britt, Process Server
License No: 999A

SUBSCRIBED AND SWORN TO before me today Wednesday, November 30, 2005.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
PAMELA DUDLEY
Appt. No. 04-90439-1
My Appt Expires July 22 2008

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Prepared for:
Capitol Process Services Inc.
1827 18th Street, N.W.
Washington, DC 20009-5526
Legex Slip # 42938-b/Lisa