CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
          Plaintiffs          )
                              )
          vs.                 )    Civil Action No. 05-2129 (RBW)
                              )
                              )
G.T. STONEWORKS, INC.,        )
          Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 21st day of December, 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) G.T. STONEWORKS, INC.

was: [personally served with process on November 30, 2005].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 29 U.S.C. Section 1132(e)(2)].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

184564
Bar Id. Number

Address and Telephone Number  (202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>G.T. STONEWORKS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2129<br>Judge: Reggie B. Walton |

## **LOCAL RULE 7(K) STATEMENT**

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C. 20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    G.T. Stoneworks, Inc.
    c/o Gary Wayne Taber
    633 Otono Drive
    Boulder City, Nevada 89005