Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
        Plaintiff(s)                                    Civil Action No. _____

        v.

_____
        Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served                                  on                              , and an affidavit on behalf of the plaintiff having been filed, it is this ____ day of _____, ____ declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                        Deputy Clerk