IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2129 (RBW) |
| ) | |
| G.T. STONEWORKS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, G.T. Stoneworks Inc. without prejudice.

March 29 2006

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the 29th day of March, 2006 upon:

G.T. Stoneworks, Inc.
1570 Foothill Drive
Boulder City, NV  89005

Andrea Newell