IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2129 (RBW) |
| | ) |
| G.T. STONEWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Dismissal without prejudice filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2006 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed without prejudice.

_____
Reggie B. Walton
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> G.T. STONEWORKS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2129 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> 2101 L Street, N.W.
> Washington, D.C. 20037-1526
> Telephone: (202) 828-2234
> Facsimile   (202) 887-0689
>
> G.T. Stoneworks, Inc.
> 1570 Foothill Drive
> Boulder City, NV 89005